UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 21-mj-13205

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action: |
| v. : | |
| JAMAR HALL : | CONSENT ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant. : | |

*Denied as moot. Received on a court holiday (Friday, March 29, 2024), so Court was unaware of application before Monday, April 1, 2024, by which time it was moot.*

THIS MATTER having been opened to the Court by Stephen Turano, attorney for the Defendant Jamar Hall in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Pretrial Release to extend Mr. Hall curfew to 3 am to celebrate a family party at mother's home in Newark, New Jersey, on Saturday, March 30, 2024. This would allow for enough time for Mr. Hall to get home on public transportation; and it appearing that Pretrial Services and the Government consent;

**NOW THEREFORE**, it is on this _____ day of _____, 2024

**ORDERED**, that the Order Setting Conditions of Release be and the same hereby is modified to extend Jamar Hall's curfew to 3 am, on March 30, 2024 to attend a family event at his mother's home in Newark, New Jersey, the hours of attendance to be at the discretion of Pretrial Services and enforced with location monitoring

**IT IS FURTHER ORDERED**, that all other Conditions of Release remain the same.

_____
Hon. Edward S. Kiel, U.S.M.J